**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ESTATE OF ANNE V. BALLINGER, DECEASED | : | No. 277 EAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF:  BERNARD J. WEISSER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.